IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OCCUPY OMAHA, an unincorporated organization, and JAMES DEAN FOLEY, et. al, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV384 |
| v. | ) ) | |
| JIM SUTTLE, Mayor of City of Omaha, Nebraska, JOHN BRUNING, Nebraska Attorney General, and ALEX HAYES, Omaha, Nebraska Chief of Police, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED that a hearing on plaintiff's motion for temporary restraining order (Filing No. 1) is scheduled for hearing before the undersigned on **November 22, 2011, at 9:00 a.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

A copy of this order will be mailed on today's date to the following:

James Dean Foley
306 North 31st Avenue
Apartment 120
Omaha, NE 68131

Thomas O. Mumgaard
CITY OF OMAHA
1819 Farnam Street
Suite 804
Omaha, NE 68183

L. Jay Bartel and
Dale A. Comer
ATTORNEY GENERAL'S OFFICE
2115 State Capitol Building
P.O. Box 98920
Lincoln, NE 68509-8920

DATED this 15th day of November, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge