IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OCCUPY OMAHA, an unincorporated organization, and JAMES DEAN FOLEY, et al., | ) ) ) ) | 8:11CV384 |
| Plaintiffs, | ) ) | **MEMORANDUM AND ORDER** |
| v. | ) ) | |
| JIM SUTTLE, et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On November 14, 2011, Plaintiffs filed their Motion for Temporary Restraining Order and Memorandum of Law in Support of Motion. (Filing No. 1.) The Clerk of the court docketed this Motion as a Complaint, however no complaint was ever filed. (*Id.*) On December 14, 2011, Plaintiffs moved to withdraw their Motion for Temporary Restraining Order, which the court granted. (Filing Nos. 8 and 9 (text-only order).) Because Plaintiffs never filed a Complaint, it is unclear whether they intend to proceed with this action.

IT IS THEREFORE ORDERED that:

1. Plaintiffs shall have until February 17, 2012, in which to file a Complaint or to inform the court they wish to have this matter dismissed in its entirety. In the absence of either filing by Plaintiffs, the court will dismiss this matter without prejudice and without further notice.

2. The Clerk of the court is directed to set a pro se case management deadline in this case with the following text: February 17, 2012: deadline for Plaintiffs to dismiss or file Complaint.

DATED this 20th day of January, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge